**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIE BENTON,                                    Case No.  C 08-1073 JCS

        Plaintiff(s),

    v.                                          **ORDER EXTENDING DEADLINE FOR MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE**

AC TRANSIT,

        Defendant(s).
_____/

On August 14, 2009, the parties filed their Updated Joint Case Management Statement and requested that the mediation deadline be extended, and the case management conference be continued to a date after October 1, 2009.

IT IS HEREBY ORDERED THAT:

1.  The deadline for completion of mediation is extended to October 1, 2009.

2.  An updated joint case management conference statement shall be due by October 2, 2009.

3.  The further case management conference, currently set for August 21, 2009, at 1:30 p.m., has been continued to **October 9, 2009, at 9:30 a.m.,** following oral argument on dispositive motions.

IT IS SO ORDERED.

Dated:  August 18, 2009                          _____
                                                JOSEPH C. SPERO
                                                United States Magistrate Judge